2013–1951.  Ross v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2013–607.

2013–1954.  State ex rel. Craig T. Matthews & Assocs. v. Tucker.
In Mandamus.

2013–1955.  Schwartz v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2013–608.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

The appellants in this case shall file a brief within 40 days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct. Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

2013–0470.  Richmond Hts. Ctr., L.L.C. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2012–Q–2390.

# CASE ANNOUNCEMENTS
## *December 27, 2013*

[Cite as *12/27/2013 Case Announcements*, 2013-Ohio-5750.]

## MOTION AND PROCEDURAL RULINGS

2013–0910.  State v. Tate.
Cuyahoga App. No. 97804, 2013-Ohio-570. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the motion of Rick L. Ferrara to withdraw as counsel for appellee and motion for appointment of counsel, it is ordered by the court that the motion is granted. It is further ordered that the Cuyahoga County Public Defender's Office is appointed to represent appellee.

2013–1779.  Amalgamated Transit Union, AFL–CIO, Local 697 v. Toledo Area Regional Transit Auth.
Lucas App. No. L–12–1260, 2013-Ohio-4412. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Joseph S. Pass, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

# CASE ANNOUNCEMENTS
## *December 30, 2013*

[Cite as *12/30/2013 Case Announcements*, 2013-Ohio-5764.]

## MOTION AND PROCEDURAL RULINGS

2013–1652.  State v. Rogers.
Cuyahoga App. Nos. 98292, 98584, 98585, 98586, 98587, 98588, 98589, and 98590, 2013-Ohio-3235. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion to remove appointed attorney Ruth Fischbein–Cohen as counsel of record, it is ordered by the court that the motion is denied.